B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Mauzey, Nancy Anne* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| *fka Nancy Anne Kegerreis, fka Nancy Anne Kegerreis-Mauzey* | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *8094* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *511 N. Ashland* *La Grange Park, IL* ZIPCODE *60526* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Cook.* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* ZIPCODE |
|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)

☒ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☐ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br><br> **Nancy Anne Mauzey** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br><br> **KANSAS** | Case Number: <br><br> **14-40525-13 (ch13)** | Date Filed: <br><br> **5/13/14   (Dismd 4/29/15)** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br><br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X **/s/ Richard S. Bass**                    **05/28/2015** <br> <span style="font-size:smaller">Signature of Attorney for Debtor(s)                    Date</span> |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition. <br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Nancy Anne Mauzey* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Nancy Anne Mauzey*
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*05/28/2015*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

X  */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass LTD*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook, IL  60521*

*630-953-8655*
Telephone Number

*05/28/2015*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

FORM B6A (Official Form 6A) (12/07)

In re _Nancy Anne Mauzey_ ,                                    Case No._____
         Debtor(s)                                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached                                                        **TOTAL $**          _0.00_
                                                                    **(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re __Nancy Anne Mauzey_____,    Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* *Location: In debtor's possession* | | $25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account* *Location: In debtor's possession* | | $200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings* *Location: In debtor's possession* | | $1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items books and pictures* *Location: In debtor's possession* | | $200.00 |
| 6.  Wearing apparel. | | *Misc used personal clothing* *Location: In debtor's possession* | | $300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such | X | | | |

Page ___1___ of ___3___

B6B (Official Form 6B) (12/07)

In re __Nancy Anne Mauzey_____,   Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1998 Dodge Caravan* *Location: In debtor's possession* | | $200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07)

In re __Nancy Anne Mauzey_____,    Case No. _____
                  Debtor(s)                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $1,925.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page __3__ of __3__

B6C (Official Form 6C) (04/13)

In re    _Nancy Anne Mauzey_____,    Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | $ 25.00 | $ 25.00 |
| *Checking Account* | *735 ILCS 5/12-1001(b)* | $ 200.00 | $ 200.00 |
| *Misc used household goods and furnishings* | *735 ILCS 5/12-1001(b)* | $ 1,000.00 | $ 1,000.00 |
| *Misc used personal items books and pictures* | *735 ILCS 5/12-1001(a)* | $ 200.00 | $ 200.00 |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | $ 300.00 | $ 300.00 |
| *1998 Dodge Caravan* | *735 ILCS 5/12-1001(c)* | $ 0.00 | $ 200.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Nancy Anne Mauzey_ _____,                    Case No. _____
                        **Debtor(s)**                                                                  **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | *2013* | | | | $ 2,000.00 | $ 1,800.00 |
| *Creditor # : 1* *Auto Discount Corner Inc.* *Attn:  Bankruptcy Dept* *617 Graham* *Emporia KS 66801* | | *Non-purchase Money Security* *1998 Dodge Caravan* | | | | | |
| | | Value: *$ 200.00* | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ *(Total of this page)* | | $ 2,000.00 | $ 1,800.00 |
| | | | | Total $ *(Use only on last page)* | | $ 2,000.00 | $ 1,800.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re _Nancy Anne Mauzey_____,                    Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

Official Form 6E (04/13) Cont.

In re _Nancy Anne Mauzey_____ ,    Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *7675*<br>*Creditor # : 1*<br>*Arnold Scott Harris, P.C.*<br>*RE: Kansas Dept of Revenue*<br>*111 W. Jackson Blvd, #600*<br>*Chicago IL 60661* | | *2011*<br>*Collection*<br>*Tax year 12/31/11* | | | | *$ 228.00* | *$ 228.00* | *$ 0.00* |
| Account No:<br>*Creditor # : 2*<br>*Illinois Dept of Revenue*<br>*Attn Bankruptcy Level 7-425*<br>*100 W. Randolph St*<br>*Chicago IL 60606* | | *2013*<br>*Arrearage on State Income Tax* | | | | *$ 133.00* | *$ 133.00* | *$ 0.00* |
| Account No:<br>*Creditor # : 3*<br>*Internal Revenue Service*<br>*Centralized Insolvency Operat*<br>*PO BOX 7346*<br>*Philadelphia PA 19101-7346* | | *2010*<br>*Notice*<br>*2010 Income Tax* | | | | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No: *8094*<br>*Creditor # : 4*<br>*Kansas Dept Children Services.*<br>*RE Central Collection*<br>*PO Box 2003*<br>*Topeka KS 66601* | | *2014*<br>*Notice to Agency* | | | | *$ 1,200.00* | *$ 1,200.00* | *$ 0.00* |
| Account No: *6765*<br>*Creditor # : 5*<br>*Kansas Dept of Revenue*<br>*Civil Tax Enforcement*<br>*915 SW Harrison*<br>*Topeka KS 66612-2005* | | *2011*<br>*Arrearage on State Income Tax*<br>*2011 & 2012 Taxes* | | | | *$ 204.00* | *$ 204.00* | *$ 0.00* |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 1,765.00 | 1,765.00 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 1,765.00 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 1,765.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Nancy Anne Mauzey_____,        Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *0110*<br><br>*Creditor # : 1*<br>*Ad Astra Recovery Services*<br>*RE:  Speedy Cash*<br>*7330 W. 33rd Street N.*<br>*Wichita KS 67205* | | | *2010-2015*<br>*Collection* | | | | *$ 941.00* |
| Account No:   *7831*<br><br>*Creditor # : 2*<br>*Advanced Eye Surgery Center*<br>*Attn:  Patient Accts*<br>*1602 W. 15th Ave  #A*<br>*Emporia KS 66801-5672* | | | *2010-2015*<br>*Medical Bills* | | | | *$ 39.00* |
| Account No:<br><br>*Creditor # : 3*<br>*Adventist LaGrange Hospital*<br>*Attn:  Patient Accounts*<br>*PO BOX  9234*<br>*Hinsdale IL 60522* | | | *2010-2015*<br>*Medical Bills* | | | | *$ 375.00* |

_27_ continuation sheets attached

|  |  |
|---|---|
| **Subtotal $** | *$ 1,355.00* |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____,      Case No._____
                    **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 4 <br> American Home Mortgage <br> Attn: Bankruptcy Dept <br> PO BOX 631730 <br> Irving TX 75063-1730 | | 2010-2015 <br> Deficiency on Foreclosure | | | | $ 0.00 |
| Account No: <br> Creditor # : 5 <br> American Pay Day Loans <br> Attn: Bankruptcy Dept <br> 520 W 6th Ave <br> Emporia KS 66801 | | 2010-2015 <br> Loan | | | | $ 460.00 |
| Account No: <br> Creditor # : 6 <br> American PayDay Loans <br> Attn: Bankruptcy Dept <br> 520 W. 6th Ave <br> Emporia KS 66801-2756 | | 2010-2015 <br> Loan | | | | $ 1,017.00 |
| Account No: 6765 <br> Creditor # : 7 <br> Arnold Scott Harris, P.C. <br> RE Kansa Dept Revenue <br> 111 W. Jackson Blvd #600 <br> Chicago IL 60661 | | 2011 <br> Collection <br> Tax year 12/31/2011 | | | | $ 228.00 |
| Account No: 5545 <br> Creditor # : 8 <br> Aspire Visa <br> Attn Bankruptcy Dept <br> PO Box 105555 <br> Atlanta GA 30348-5555 | | 2010-2015 <br> Credit Account | | | | $ 2,794.00 |

Sheet No. _1_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 4,499.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____,   Case No._____
         **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0221<br>Creditor # : 9<br>Asset Recovery Solutions LLC<br>RE:   Jefferson Capital<br>2200 E. Devon Ave  #200<br>Des Plaines IL 60018-4501 | | 2015<br>Collection | | | | $ 276.00 |
| Account No:   9206<br>Creditor # : 10<br>Asset Recovery Solutions LLC<br>RE:  Emblem Mastercard<br>2200 E. Devon Ave  #200<br>Des Plaines IL 60018-4501 | | 2010-2015<br>Collection | | | | $ 692.00 |
| Account No:<br>Creditor # : 11<br>AT&T<br>Attn:  Collections<br>PO BOX  50001<br>Carol Stream IL 60197-5001 | | 2010-2015<br>Telephone Service | | | | $ 627.00 |
| Account No:   1847<br>Creditor # : 12<br>AT&T U-verse<br>Attn:  Bankruptcy Dept<br>PO BOX  5014<br>Carol Stream IL 60197-5014 | | 2010-2015<br>Cable Television | | | | $ 107.00 |
| Account No:   1623<br>Creditor # : 13<br>Bank of Marin<br>Attn:  Bankruptcy Dept<br>504 Redwood Blvd<br>Novato CA 94947 | | 2010-2015<br>Credit Account | | | | $ 883.00 |

Sheet No.   _2_ of   _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 2,585.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____,   Case No._____
**Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8769<br>Creditor # : 14<br>Berlin Wheeler<br>RE:  Cotton O'Neil Clinic<br>PO BOX  479<br>Topeka KS 66601-0479 | | | 2010-2015<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1229<br>Creditor # : 15<br>Berlin Wheeler<br>RE:  Kansas Gas<br>PO BOX  479<br>Topeka KS 66601-0479 | | | 2010-2015<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 16<br>Berlin Wheeler<br>RE:  Cotton ON<br>PO BOX  479<br>Topeka KS 66601-0479 | | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 17<br>Bob's Super Saver<br>Attn:  Jay W Vander Velde<br>PO BOX  1043<br>Emporia KS 66801 | | | 2010-2015<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 18<br>Bridgeview Bank<br>Attn:  Bankruptcy Dept<br>7940 S Harlem Ave<br>Bridgeview IL 60455 | | | 2010-2015<br>Notice | | | | $ 0.00 |

Sheet No.   3   of   27   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,   Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6337 Creditor # : 19 Caine & Weiner RE:  SafeCo Insurance 15025 Oxnard St  #100 Van Nuys CA 91411 | | | 2010-2015 Collection on Insurance Premiums | | | | $ 273.00 |
| Account No.   7416 Creditor # : 20 Capital One Attn:  Bankruptcy Dept P.O. BOX  30285 Salt Lake City UT 84130-0285 | | | 2010-2015 Credit Account | | | | $ 1,432.00 |
| Account No. Creditor # : 21 Cash 2 Go Kansas Attn:  Bankruptcy Dept 2910 W Hwy 50  #L Emporia KS 66801 | | | 2010-2015 Loan | | | | $ 500.00 |
| Account No. Creditor # : 22 CBCS Collections RE:  Double T Enterprise PO BOX  69 Columbus OH 43216 | | | 2010-2015 Notice to Collector | | | | $ 0.00 |
| Account No. Creditor # : 23 CBCS Collections RE:  Newman Regional Health PO BOX  69 Columbus OH 43216 | | | 2010-2015 Collection on Medical Bills | | | | $ 254.00 |

Sheet No.   4   of   27   continuation sheets attached to Schedule of      Subtotal $   |   $ 2,459.00
Creditors Holding Unsecured Nonpriority Claims                                Total $   |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,        Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 24 <br> CBCS Collections <br> RE: Flint Hills Comm Health <br> PO BOX 428 <br> Emporia KS 66801 | | 2010-2015 <br> Collection | | | | $ 64.00 |
| Account No: <br> Creditor # : 25 <br> CCA <br> RE: AT&T <br> PO BOX 806 <br> Norwell MA 02061-0806 | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No: <br> Creditor # : 26 <br> Central States Recovery <br> RE: Advanced Eye Surgery Ctr <br> PO BOX 3130 <br> Hutchinson KS 67504-3130 | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No: 3601 <br> Creditor # : 27 <br> Central States Recovery Inc. <br> RE: Westar Energy <br> PO BOX 3130 <br> Hutchinson KS 67504-3130 | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No: <br> Creditor # : 28 <br> Check Into Cash <br> <br> Attn: Bankruptcy Dept <br> PO BOX 550 <br> Cleveland TN 37364-0550 | | 2010-2015 <br> Notice to Other Location | | | | $ 0.00 |

Sheet No. _5_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 64.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,   Case No._____
                **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 29 <br> Check Into Cash of Kansas LLC <br> Attn:  Bankruptcy Dept <br> 1424 Industrial Rd <br> Emporia KS 66801 | | | 2010-2015 <br> Loan | | | | $ 1,064.00 |
| **Account No:**   1734 <br> Creditor # : 30 <br> City of Emporia <br> Attn:  Utility Billings <br> PO BOX  928 <br> Emporia KS 66801 | | | 2010-2015 <br> Utility Bills | | | | $ 101.00 |
| **Account No:**   4380 <br> Creditor # : 31 <br> City of Emporia Water Dept <br> Attn:  Collections <br> PO BOX  928 <br> Emporia KS 66801 | | | 2010-2015 <br> Water Bill | | | | $ 111.00 |
| **Account No:** <br> Creditor # : 32 <br> Commonwealth Edison <br> Attn:  Bankruptcy Dept <br> 2100 Swift Drive <br> Oak Brook IL 60523-9644 | | | 2010-2015 <br> Utility Bills | | | | $ 210.00 |
| **Account No:** <br> Creditor # : 33 <br> Communitywide FCU <br> Attn:  Bankruptcy Dept <br> 1555 W Western Ave <br> South Bend IN 46619 | | | 2010-2015 <br> Loan | | | | $ 500.00 |

Sheet No.   6  of   27  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,986.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,      Case No. _____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4913 <br> Creditor # : 34 <br> Complete Payment Recovery Services <br> RE:  Bridgeview Bank <br> PO BOX  30184 <br> Tampa FL 33630-3184 | | | 2010-2015 <br> Collection | | | | $ 556.00 |
| Account No: <br> Creditor # : 35 <br> Computer Credit Service <br> RE:  Oberweis Dairy <br> 5340 N. Clark St <br> Chicago IL 60640 | | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    0030 <br> Creditor # : 36 <br> Computer Credit Inc. <br> RE:  Stormont Vail Healthcare <br> PO BOX  5238 <br> Winston Salem NC 27113-5238 | | | 2010-2015 <br> Collection on Medical Bills | | | | $ 2,446.00 |
| Account No: <br> Creditor # : 37 <br> Continental Finance Co, LLC <br> RE:  First Bank Delaware <br> PO BOX  8099 <br> Newark DE 19714-8099 | | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    1111 <br> Creditor # : 38 <br> Cotton O Neil Clinic <br> Attn:  Patient Accts <br> 901 SW Garfield Ave <br> Topeka KS 66606 | | | 2010-2015 <br> Medical Bills | | | | $ 791.00 |

Sheet No. _7_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 3,793.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Nancy Anne Mauzey_____ ,    Case No._____
    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 39 <br> Cotton O Neil Clinic <br> Attn: Patient Accts <br> 901 SW Garfield Ave <br> Topeka KS 66606 | | 2010-2015 <br> Medical Bills <br> Various Accts | | | | $ 396.00 |
| Account No:  1623 <br><br> Creditor # : 40 <br> Credit One Bank <br> Attn: Bankruptcy Dept <br> PO BOX  98873 <br> Las Vegas NV 89193 | | 2010-2015 <br> Credit Account | | | | $ 710.00 |
| Account No: <br><br> Creditor # : 41 <br> Credit Solutions Corp <br> RE: First Bank Delaware <br> 9577 Chesapeake Dr <br> San Diego CA 92123 | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No: <br><br> Creditor # : 42 <br> Dependon Collection Service <br> RE: Thomas Sullivan MD <br> PO BOX  4833 <br> Oak Brook IL 60523 | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No:  8094 <br><br> Creditor # : 43 <br> Dept of Child & Family Services <br> RE Collection Dept <br> PO Box 2003 <br> Topeka KS 66601 | | 2014 <br> Overpayment | | | | $ 1,650.00 |

Sheet No.  8  of   27  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,756.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2104<br>Creditor # : 44<br>Dish Network<br>RE:   Bankruptcy Dept<br>PO Box 9033<br>Littleton CO 80160 | | | 2010-20-15<br>Cable Television | | | | $ 0.00 |
| Account No:   9105<br>Creditor # : 45<br>Double T Enterprises<br>Attn:  Collections<br>906 E 6th Ave<br>Emporia KS 66801 | | | 2010-2015<br>Arrearage on Rent | | | | $ 4,940.00 |
| Account No:<br>Creditor # : 46<br>Dr. Tagtmeyer<br>Attn:  Patient Accts<br>2504 W 15th Ave<br>Emporia KS 66801 | | | 2010-2015<br>Medical Bills | | | | $ 93.00 |
| Account No:   6520<br>Creditor # : 47<br>Emblem Mastercard<br>Attn:  Bankruptcy Dept<br>PO BOX   790399<br>Saint Louis MO 63179-0399 | | | 2010-2015<br>Credit Account | | | | $ 657.00 |
| Account No:<br>Creditor # : 48<br>Evergreen Financial<br>Attn:  Bankruptcy Dept<br>1214 N. 16th Ave<br>Yakima WA 98902 | | | 2010-2015<br>Deficiency on Automobile | | | | $ 6,000.00 |

Sheet No.   9  of    27  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 11,690.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_ _____ ,        Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 49 <br> FBCS Inc <br> Acct: <br> 841 E. Hunting Park Ave <br> Philadelphia PA 19124-4824 | | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 50 <br> FBCS Inc <br> RE:  Tribute Credit Card <br> 2200 Byberry Rd   #120 <br> Hatboro PA 19040-3738 | | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   1059 <br> Creditor # : 51 <br> First Bank of Delaware <br> Attn:  Bankruptcy Dept <br> 50 South 16th St   #2400 <br> Philadelphia PA 19102 | | | 2010-2015 <br> Credit Account | | | | $ 2,620.00 |
| Account No:   5986 <br> Creditor # : 52 <br> First Bank of Delaware <br> Attn:  Bankruptcy Dept <br> 50 South 16th St   #2400 <br> Philadelphia PA 19102 | | | 2010-2015 <br> Credit Account | | | | $ 1,107.00 |
| Account No:   6311 <br> Creditor # : 53 <br> First National Visa <br> Attn:  Bankruptcy Dept <br> PO BOX  3038 <br> Evansville IN 47730 | | | 2010-2015 <br> Credit Account | | | | $ 778.00 |

Sheet No. __10__ of __27__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,505.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,   Case No._____
         **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4342 <br> Creditor # : 54 <br> First Premier Bank <br> Attn:   Bankruptcy Dept <br> PO Box 5524 <br> Sioux Falls  SD 57117-5524 | | | 2010-2015 <br> Credit Account | | | | $ 427.00 |
| Account No.   8030 <br> Creditor # : 55 <br> First Premier Bank <br> Attn:   Bankruptcy Dept <br> PO Box 5524 <br> Sioux Falls  SD 57117-5524 | | | 2010-2015 <br> Credit Account | | | | $ 965.00 |
| Account No. <br> Creditor # : 56 <br> Geico Direct Insurance <br> Attn Collection Dept <br> One Geico Plaza <br> Bethesda MD 20811-0001 | | | 2010-2015 <br> Insurance Premium | | | | $ 203.00 |
| Account No. <br> Creditor # : 57 <br> Global Direct <br> RE:  Medical Collection <br> PO BOX  15687 <br> Lenexa KS 66285 | | | 2010-2015 <br> Collection on Medical Bills | | | | $ 192.00 |
| Account No. <br> Creditor # : 58 <br> Global Payments Inc. <br> RE:  Vicorp <br> PO BOX  661158 <br> Chicago IL 60666 | | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. __11_ of __27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,787.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,          Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: *Creditor # : 59* *Graves Drug Store* *Attn:  Collections* *609 Commercial St* *Emporia KS 66801* | | *2010-2015* *NSF Check* | | | | $ 45.00 |
| Account No: *Creditor # : 60* *Helping Hand Quick Cash Inc* *Attn:  Bankruptcy Dept* *1414 Industrial Rd* *Emporia KS 66801* | | *2010-2015* *Loan* | | | | $ 1,085.00 |
| Account No: *Creditor # : 61* *Illinois Collection Service* *RE:  Univ IL Med Ctr* *PO BOX 1010* *Tinley Park IL 60477-9110* | | *2010-2015* *Notice to Collector* | | | | $ 0.00 |
| Account No:    *1059* *Creditor # : 62* *ICUL Service Corp* *RE:  First Bank Delaware* *1807 W Diehl Rd* *Naperville IL 60563* | | *2010-2015* *Notice to Collector* | | | | $ 0.00 |
| Account No:    *2229* *Creditor # : 63* *IL Dept. Employment Security* *Attn:  Bankruptcy Unit, 3rd FL* *401 S. State St.* *Chicago IL 60605* | | *2010-2015* *Overpayment Benefits* | | | | $ 2,814.00 |

Sheet No. _12_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 3,944.00
Total $

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,      Case No._____
         **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 64<br>Illinois Attorney General<br>RE: Legal-Bankrupt Dept<br>33 S. State St.<br>Chicago IL 60605 | | | 2015<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 65<br>Illinois Attorney General<br>RE: Legal-Bankrupt Dept<br>33 S. State St  #992<br>Chicago IL 60605 | | | 2015<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 66<br>Illinois Attorney General<br>RE: Bankruptcy Dept<br>100 W. Randolph St  13th Floor<br>Chicago IL 60601 | | | 2015<br>Notice to Agency | | | | $ 0.00 |
| Account No:<br>Creditor # : 67<br>Illinois Attorney General<br>RE: Bankruptcy-IDES<br>160 N. LaSalle St  #N-1000<br>Chicago IL 60601 | | | 2015<br>Notice to Agency | | | | $ 0.00 |
| Account No:<br>Creditor # : 68<br>Illinois Dept Employ Security<br>Attn:  Bankruptcy Dept<br>PO Box 6996  Benefit Repayment<br>Chicago IL 60680-6996 | | | 2015<br>Notice | | | | $ 0.00 |

Sheet No. _13_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____,        Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2229 Creditor # : 69 Illinois Dept Employ Security Attn:  Bankruptcy Unit 401 S. State St  3rd FL Chicago IL 60605 | | 201-2015 Notice to Other Location | | | | $ 0.00 |
| Account No: Creditor # : 70 Illinois Dept Employ Security RE: Collection Division 33 S. State St  10th Floor Chicago IL 60603 | | 2015 Notice to Agency | | | | $ 0.00 |
| Account No: Creditor # : 71 Internal Medicine Assoc Attn:  Patient Accts PO BOX  907 Emporia KS 66801 | | 2010-2015 Medical Bills | | | | $ 1,054.00 |
| Account No: Creditor # : 72 J.C. Christensen & Assoc RE:  Credit One Bank PO Box 519 Sauk Rapids MN 56379-0519 | | 2010-2015 Notice to Collector | | | | $ 0.00 |
| Account No: Creditor # : 73 Law Office Jay W Vander Velde Attn:  Bankruptcy Dept PO BOX  1043 Emporia KS 66801 | | 2010-2015 Notice to Collector Collections for:  Dillon's Corp, Double T Enterprise, Bob's Super Saver Inc, Newman | | | | $ 0.00 |

Sheet No. __14__ of ___27__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 1,054.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,        Case No._____
          **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 74** <br> *Jefferson Capital System* <br> *RE: Aspire* <br> *16 McLeland Rd* <br> *Saint Cloud MN 56303* | | *2010-2015* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   **6948** <br> **Creditor # : 75** <br> *Jefferson Capital System* <br> *RE: Salute Visa* <br> *16 McLeland Rd* <br> *Saint Cloud MN 56303* | | *2010-2015* <br> *Collection* | | | | $ 647.00 |
| Account No: <br> **Creditor # : 76** <br> *John Stine & Donna Randall* <br> *407 Dorset Dr* <br> *Emporia KS 66801* | | *2010-2015* <br> *Arrearage on Rent* | | | | $ 2,621.00 |
| Account No: <br> **Creditor # : 77** <br> *Kansas Dept of SRS* <br> *Attn: Bankruptcy Dept* <br> *915 SW Harrison* <br> *Topeka KS 66612* | | *2010-2015* <br> *Overpayment of Benefits* | | | | $ 1,276.00 |
| Account No:   **3936** <br> **Creditor # : 78** <br> *Kansas Gas Service* <br> *Attn: Bankruptcy Dept* <br> *PO BOX 3535* <br> *Topeka KS 66601* | | *2010-2015* <br> *Utility Bills* | | | | $ 2,461.00 |

Sheet No. _15_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 7,005.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,   Case No._____
  **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 79* <br> *Kroger Check Recovery Ctr* <br> *Attn:  Bankruptcy Dept* <br> *PO BOX  30650* <br> *Salt Lake City UT 84130-0650* | | | *2010-2015* <br> *NSF Check* | | | | $ 162.00 |
| Account No:   *5377* <br> *Creditor # : 80* <br> *Lakota Cash* <br> *Attn:  Bankruptcy Dept* <br> *PO BOX  128* <br> *Timber Lake SD 57656* | | | *2010-2015* <br> *Loan* | | | | $ 485.00 |
| Account No: <br> *Creditor # : 81* <br> *Law Office Jay W. Vander Velde* <br> *RE Double T Enterprise* <br> *PO Box 1043* <br> *Emporia KS 66801* | *X* | *J* | *2015* <br> *Collection* <br> *Lyon County Kansa Case 09 LM 972* | | | | $ 5,849.00 |
| Account No:   *5973* <br> *Creditor # : 82* <br> *Law Offices of Kevin B. Wilson* <br> *RE:  Adventist LaGrange Hosp* <br> *PO BOX  24103* <br> *Chattanooga TN 37422* | | | *2010-2015* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No: <br> *Creditor # : 83* <br> *LVNV Funding* <br> *RE:  Bank of Marin* <br> *PO BOX  10497* <br> *Greenville SC 29603* | | | *2010-2015* <br> *Notice to Collector* | | | | $ 0.00 |

Sheet No. _16_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 6,496.00

Total $

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 84** *Lyon County Attorney Office RE Collection 430 Commercial St Emporia KS 66801* | | *2015* *Unsecured* | | | | $ 416.00 |
| Account No: **Creditor # : 85** *Lyon County State Bank Attn:  Bankruptcy Dept 902 Merchant Emporia KS 66801* | | *2010-2015* *Overdraft Account* | | | | $ 121.00 |
| Account No: **Creditor # : 86** *Marchmont, Robinson DDS Attn:  Patient Accts 3302 Gove Ave Berwyn IL 60402-3421* | | *2010-2015* *Dental Bills* | | | | $ 33.00 |
| Account No: **Creditor # : 87** *Medical Business Bureau RE:  Univ Il Med Ctr PO Box 1219 Park Ridge IL 60068-7219* | | *2010-2015* *Notice to Collector* | | | | $ 0.00 |
| Account No: **Creditor # : 88** *Merchants & Professional Credit RE:  Santana Energy PO BOX  140675 Austin TX 78714* | | *2010-2015* *Notice to Collector* | | | | $ 0.00 |

Sheet No. _17_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 570.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Nancy Anne Mauzey                                        ,        Case No. _____
              **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 89** **Merchants Credit Guide** **RE:  Village of Bridgeview** **223 W. Jackson Blvd, #700** **Chicago IL 60606** | | *2010-2015* *Notice to Collector* | | | | *$ 0.00* |
| Account No: **Creditor # : 90** **Merchants Credit Guide** **RE:  Adventist LaGrange Hosp** **223 W. Jackson Blvd, #700** **Chicago IL 60606** | | *2010-2015* *Notice to Collector* | | | | *$ 0.00* |
| Account No: **Creditor # : 91** **Mid Continent Credit Services** **RE:  Internal Medicine Assoc** **PO BOX  75076** **Wichita KS 67275** | | *2010-2015* *Notice to Collector* | | | | *$ 0.00* |
| Account No: **Creditor # : 92** **Midland Credit Management** **RE:  Aspire** **8875 Aero Dr   #200** **San Diego CA 92123** | | *2010-2015* *Notice to Collector* | | | | *$ 0.00* |
| Account No: **Creditor # : 93** **Miller Eye Care LLC** **Attn:  Patient Accts** **2054 W 15th Ave** **Emporia KS 66801** | | *2010-2015* *Medical Bills* | | | | *$ 95.00* |

Sheet No. _18_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *$ 95.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,   Case No._____
**Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 94 <br> Money Key Loans <br> Attn:  Bankruptcy Dept <br> 3422 Old Capital Trail #1613 <br> Wilmington DE 19808 | | | 2010-2015 <br> Loan | | | | $ 500.00 |
| Account No:   8094 <br> Creditor # : 95 <br> Myler Disablity <br> Attn:  Bankruptcy Dept <br> PO BOX  127 <br> Lehi UT 84043 | C | | 2010-2015 <br> Attorney Fees | | | | $ 700.00 |
| Account No: <br> Creditor # : 96 <br> Nationwide Insurance <br> Attn:  Bankruptcy Dept <br> One Nationwide Plaza <br> Columbus OH 43215 | | | 2010-2015 <br> Insurance Premium | | | | $ 578.00 |
| Account No: <br> Creditor # : 97 <br> Newman Memorial County Hosp <br> Attn:  Patient Accts <br> 1201 W 12th Ave <br> Emporia KS 66801 | | | 2010-2015 <br> Medical Bills | | | | $ 260.00 |
| Account No:   1128 <br> Creditor # : 98 <br> Newman Reynolds & Riffel PA <br> RE:  Dillons Corp <br> PO BOX  47068 <br> Wichita KS 67201 | | | 2010-2015 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. _19_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 2,038.00
Total $

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,     Case No._____
**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 99<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | 2010-2015<br>Utility Bills | | | | $ 3,878.00 |
| Account No:<br>Creditor # : 100<br>Oberweiss Dairy<br>Attn:  Collections<br>951 Ice Cream Dr  #1<br>North Aurora IL 60542 | | 2010-2015<br>Delivery Charges | | | | $ 249.00 |
| Account No:<br>Creditor # : 101<br>Portfolio Recovery Associates<br>RE:  Deficiency on 2001 KIA<br>PO BOX  12914<br>Norfolk VA 23541 | | 2010-2015<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9995<br>Creditor # : 102<br>Portfolio Recovery Associates<br>RE:  First Consumers Bank<br>PO BOX  12914<br>Norfolk VA 23541 | | 2010-2015<br>Collection | | | | $ 905.00 |
| Account No:<br>Creditor # : 103<br>Premier Bank Card<br>Attn:  Bankruptcy Dept<br>PO BOX  2208<br>Vacaville CA 95696 | | 2010-2015<br>Credit Account | | | | $ 965.00 |

Sheet No. _20_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 5,997.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Nancy Anne Mauzey                                    ,        Case No._____

                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 104 <br> Price Chopper #2622 <br> Attn:  Collections <br> 2101 W 6th Ave <br> Emporia KS 66801 | | *2010* <br> *Judgement* <br> *Kansas Case No 10 LM 815* | | | | $ 494.00 |
| Account No:   3720 <br> Creditor # : 105 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | *2010-2015* <br> *Medical Bills* | | | | $ 110.00 |
| Account No:   3651 <br> Creditor # : 106 <br> R & R Professional Recovery Inc. <br> RE:  Newman Memorial Hosp <br> PO BOX   21575 <br> Pikesville MD 21282-1575 | | *2010-2015* <br> *Notice to Collector* | | | | $ 0.00 |
| Account No:   6311 <br> Creditor # : 107 <br> Radiology & Nuclear Medicine <br> Attn:  Patient Accts <br> PO BOX   1887 <br> Topeka KS 66601-1887 | | *2010-2015* <br> *Medical Bills* | | | | $ 53.00 |
| Account No:   7831 <br> Creditor # : 108 <br> Reynolds & Anliker Eye Phy & Surg <br> Attn:  Patient Accts <br> 1602 W 15th Ave   #B <br> Emporia KS 66801 | | *2010-2015* <br> *Medical Bills* | | | | $ 240.00 |

Sheet No.   21   of   27  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 897.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Nancy Anne Mauzey_____,    Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | 2010-2015 | | | | $ 795.00 |
| Creditor # : 109 *Riverside Auto Repair* Attn:  Collections 310 Congress Emporia KS 66801 | | Automobile Repairs | | | | |
| Account No: | | 2010-2015 | | | | $ 0.00 |
| Creditor # : 110 *RMI* RE:  Village of Bridgeview PO BOX  3180 Anderson IN 46018 | | Notice to Collector | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 111 *RMI_MCSI Collection* Acct: City of Aurora 18421 West St  #3 Lansing IL 60438-0000 | | | | | | |
| Account No:    3496 | | 2010-2015 | | | | $ 54.00 |
| Creditor # : 112 *Rupp Urology LLC* Attn:  Patient Accts 631 SW Horne   #150 Topeka KS 66606 | | Medical Bills | | | | |
| Account No: | | 2010-2015 | | | | $ 1,627.00 |
| Creditor # : 113 *Santana Energy Services* Attn: Collection Dept 120 East Ogden Ave  #236 Hinsdale IL 60521 | | Utility Bills | | | | |

Sheet No. _22_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,476.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Nancy Anne Mauzey_____,    Case No._____
                **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: | | *2010-2015* | | | | $ 1,308.00 |
| *Creditor # : 114* *Short Term Loans LLC* *Attn:  Bankruptcy Dept* *661 Roosevelt Rd* *Glen Ellyn IL 60137-5817* | | *Loan* | | | | |
| Account No: | | *2010-2015* | | | | $ 963.00 |
| *Creditor # : 115* *Southwestern Bell Telephone Co* *Attn:  Bankruptcy Dept* *One AT&T Way  #3A231* *Bedminster NJ 07921* | | *Telephone Service* | | | | |
| Account No: | | *2010-2015* | | | | $ 500.00 |
| *Creditor # : 116* *Speedy Cash Loans* *Attn:  Bankruptcy Dept* *2120 San Bernadino Ave* *Laredo TX 78041* | | *Loan* | | | | |
| Account No: | | *2010-2015* | | | | $ 1,275.00 |
| *Creditor # : 117* *Sprint* *Attn:  Bankruptcy Dept* *PO BOX  219554* *Kansas City  MO 64121-9554* | | *Cellular Telephone* | | | | |
| Account No:    *0030* | | *2010-2015* | | | | $ 0.00 |
| *Creditor # : 118* *Stormont Vail Healthcare* *Attn:  Patient Accts* *1500 SW 10th Ave* *Topeka KS 66604-1301* | | *Notice* | | | | |

Sheet No. _23_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal $    $ 4,046.00
                                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Nancy Anne Mauzey_____ ,    Case No._____
**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  9681 | | 2010-2015 | | | | $ 0.00 |
| Creditor # : 119<br>Sunrise Credit Services, Inc.<br>RE:  AT&T U-Verse<br>PO BOX  9100<br>Farmingdale NY 11735-9100 | | Notice to Collector | | | | |
| Account No.  3438 | | 2010-2015 | | | | $ 0.00 |
| Creditor # : 120<br>SW Credit Systems Inc.<br>RE:  AT&T<br>4120 SW International Pkwy#100<br>Carrollton TX 75007 | | Notice to Collector | | | | |
| Account No.  2263 | | 2010-2015 | | | | $ 0.00 |
| Creditor # : 121<br>Symmonds & Symmonds LLC<br>RE:  Express Cash<br>427 Commercial St<br>Emporia KS 66801 | | Notice to Collector | | | | |
| Account No. | | 2010-2015 | | | | $ 0.00 |
| Creditor # : 122<br>TCS Inc.<br>RE:  Commonwealth Edison<br>PO BOX  189<br>Carlisle PA 17013 | | Notice to Collector | | | | |
| Account No.  4862 | | 2010-2015 | | | | $ 0.00 |
| Creditor # : 123<br>TekCollect Corp<br>RE:  Lyon County State Bank<br>PO Box 26390<br>Columbus OH 43226 | | Notice to Collector | | | | |

Sheet No.  24  of   27  continuation sheets attached to Schedule of     Subtotal $         $ 0.00
Creditors Holding Unsecured Nonpriority Claims                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____,        Case No._____
                  **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 124<br>The Bureaus<br>RE:  Marchmont Robinson DDS<br>1717 Central St<br>Evanston IL 60204 | | | 2010-2015<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 125<br>Thomas Sullivan MD<br>Attn:  Patient Accts<br>40 S clay St  #130<br>Hinsdale IL 60521 | | | 2010-2015<br>Medical Bills | | | | $ 615.00 |
| Account No:<br>Creditor # : 126<br>Thomas Transfer & Storage Co<br>Attn:  Jennifer Thomas<br>906 E 6th Ave<br>Emporia KS 66801 | | | 2009<br>Judgement<br>Kansas Case No   09 LM 972 | | | | $ 4,923.00 |
| Account No:   2682<br>Creditor # : 127<br>Triad Financial<br>Attn:   Bankruptcy Dept<br>5201 Rufe Snow Dr  #400<br>North Richland Hills TX 76180 | | | 2010-2015<br>Deficiency on Automobile | | | | $ 15,105.00 |
| Account No:<br>Creditor # : 128<br>Triad Financial<br>Attn:   Bankruptcy Dept<br>5201 Rufe Snow Dr  #400<br>North Richland Hills TX 76180 | | | 2010-2015 | | | | $ 800.00 |

Sheet No. _25_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 21,443.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Nancy Anne Mauzey_____,    Case No. _____
    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    2974 Creditor # : 129 Tribute Attn:  Bankruptcy Dept PO BOX  105555 Atlanta GA 30348-5555 | | | 2010-2015 Credit Account | | | | $ 790.00 |
| Account No: Creditor # : 130 University of Illinois Medical Ctr Attn:  Patient Accts 1740 W Taylor St Chicago IL 60612 | | | 2010-2015 Medical Bills | | | | $ 540.00 |
| Account No:    8770 Creditor # : 131 Verizon Wireless Attn:  Bankruptcy Dept 777 Big Timber Rd Elgin IL 60123 | | | 2010-2015 Cellular Telephone | | | | $ 1,012.00 |
| Account No: Creditor # : 132 Vicorp Attn:  Bankruptcy Dept 14651 S LaGrange Rd Orland Park IL 60462 | | | 2010-2015 Collection | | | | $ 70.00 |
| Account No: Creditor # : 133 Village of Bridgeview Attn:  Collections 7500 S Oketo Ave Bridgeview IL 60455 | | | 2010-2015 Parking Violations | | | | $ 250.00 |

Sheet No. _26_ of _27_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,662.00

Total $

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nancy Anne Mauzey_____ ,       Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3601<br>Creditor # : 134<br>Westar Energy<br>Attn: Bankruptcy Dept<br>PO BOX 758500<br>Topeka KS 66675-8500 | | | 2010-2015<br>Utility Bills | | | | $ 242.00 |
| Account No: 8281<br>Creditor # : 135<br>Westar Energy<br>Attn: Bankruptcy Dept<br>PO BOX 208<br>Wichita KS 67201 | | | 201-2015<br>Utility Bills | | | | $ 735.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _27_ of ___27__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| **Subtotal $** | | $ 977.00 |
| **Total $** | | $ 97,179.00 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Nancy Anne Mauzey_____ / Debtor         Case No. _____
                                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Don Schmidt*<br><br>*Rockey Mount MO* | Contract Type:*Residential lease*<br>Terms:*$900.00 mth*<br>Beginning date:*11/30/2015*<br>Debtor's Interest:*Lessee*<br>Description: *Standard residential lease*<br><br>Buyout Option:*none* |

In re _Nancy Anne Mauzey_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jerry W. Mauzey_ | _Law Office Jay W. Vander Velde_<br>_RE Double T Enterprise_<br>_PO Box 1043_<br>_Emporia KS  66801_ |

**Fill in this information to identify your case:**

Debtor 1   Nancy Anne Mauzey
_____
First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name            Middle Name            Last Name

United States Bankruptcy Court for the:  NORTHERN _____ District of  ILLINOIS _____

Case number
(If known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
  chapter 13 income as of the following date:
  _____
  MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____<br>Number   Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br>Number   Street<br>_____<br>_____<br>City          State    ZIP Code |
| How long employed there? | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Debtor 1    Nancy Anne Mauzey
        First Name      Middle Name      Last Name

Case number *(if known)*_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ....................................................... ➔ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 1678.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1678.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,678.00 + $ 0.00 = | $ 1678.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.

$ 1678.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1      Nancy Anne Mauzey
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: NORTHERN          District of ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
  _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☑ No
   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                               each dependent.........................
   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

|  | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4. $ _____ 900.00

   If not included in line 4:

   4a. Real estate taxes          4a. $ _____ 0.00

   4b. Property, homeowner's, or renter's insurance          4b. $ _____ 0.00

   4c. Home maintenance, repair, and upkeep expenses          4c. $ _____ 0.00

   4d. Homeowner's association or condominium dues          4d. $ _____ 0.00

Debtor 1    Nancy Anne Mauzey

First Name    Middle Name    Last Name

Case number (if known)_____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ 0.00

6. **Utilities:**

   6a.    Electricity, heat, natural gas    6a.    $ 0.00

   6b.    Water, sewer, garbage collection    6b.    $ 0.00

   6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.    $ 50.00

   6d.    Other. Specify: _____    6d.    $ _____

7. **Food and housekeeping supplies**    7.    $ 320.00

8. **Childcare and children's education costs**    8.    $ 0.00

9. **Clothing, laundry, and dry cleaning**    9.    $ 10.00

10. **Personal care products and services**    10.    $ 20.00

11. **Medical and dental expenses**    11.    $ 20.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $ 80.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ 25.00

14. **Charitable contributions and religious donations**    14.    $ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.    Life insurance    15a.    $ 151.00

   15b.    Health insurance    15b.    $ 0.00

   15c.    Vehicle insurance    15c.    $ 55.00

   15d.    Other insurance. Specify:_____    15d.    $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $ 0.00

17. **Installment or lease payments:**

   17a.    Car payments for Vehicle 1    17a.    $ 0.00

   17b.    Car payments for Vehicle 2    17b.    $ 0.00

   17c.    Other. Specify: Auto upkeep & repair    17c.    $ 40.00

   17d.    Other. Specify:_____    17d.    $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**    18.    $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.    Mortgages on other property    20a.    $ 0.00

   20b.    Real estate taxes    20b.    $ 0.00

   20c.    Property, homeowner's, or renter's insurance    20c.    $ 0.00

   20d.    Maintenance, repair, and upkeep expenses    20d.    $ 0.00

   20e.    Homeowner's association or condominium dues    20e.    $ 0.00

Debtor 1    Nancy Anne Mauzey
_____
First Name    Middle Name    Last Name

Case number (if known)_____

21.  **Other**. Specify: _____    21.  **+** $_____ 0.00

22.  **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22.    $_____ 1671.00

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____ 1678.00

23b.  Copy your monthly expenses from line 22 above.    23b.    **−** $_____ 1671.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.    $_____ 7.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Nancy Anne Mauzey*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $        0.00 | | |
| B-Personal Property | *Yes* | *3* | $    1,925.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    2,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $    1,765.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *28* | | $   97,179.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    1,678.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    1,671.00 |
| TOTAL | | *40* | $    1,925.00 | $  100,944.00 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Nancy Anne Mauzey*  Case No.

Chapter  **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *1,765.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *1,765.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ *1,678.00* |
| Average Expenses (from Schedule J, Line 22) | $ *1,671.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *0.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *1,800.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *1,765.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *97,179.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *98,979.00* |

In re _Nancy Anne Mauzey_ _____    Case No. _____

                                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____41_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _5/28/2015_____        Signature    _/s/ Nancy Anne Mauzey_____
                                                                        _Nancy Anne Mauzey_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                                        Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:*Nancy Anne Mauzey*                                                Case No.
    *fka Nancy Anne Kegerreis*                                    _____
    *fka Nancy Anne Kegerreis-Mauzey*                                      (if known)
_____ ,
                        Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date:$0.00*          *2015  None*
    *Last Year:$0.00*          *2014 None*
*Year before:$0.00*          *2013 None*

---

### 2. Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date:$7,000.00app*          *2015  Social security*
    *Last Year:$21,000.00a;pp*          *2014 Same*

Statement of Affairs - Page 1

B7 - (Official Form 7) (04/13)

| AMOUNT | SOURCE |
|---|---|
| *Year before:$0.00* | *2013 None* |

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support or repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *State of Kansas vs. Nancy Nauzey* | *Check Restitution* | *District Court of Lyon County Kansas* | *Order entered* |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

## 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Suite #200*<br>*Oak Brook, IL 60523* | *Date of Payment:*<br>*Payor: Nancy Mauzey* | *$600.00* |

## 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

Statement of Affairs - Page 3

**11. Closed financial accounts**

None

☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None

☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None

☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None

☒    List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None

☐    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:  Nancy Mauzey* <br> *Address: Topeka KS. 66603* | *Name(s): Same as on petition* | *1/1/13 to* <br> *1/15* |

---

**16. Spouses and Former Spouses**

None

☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None

☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable

under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☒   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *05/28/2015*                     Signature   */s/ Nancy Anne Mauzey*
                                        of Debtor

Date   _____              Signature   _____
                                        of Joint Debtor
                                        (if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                                        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Nancy Anne Mauzey*                                    Case No.
                                                            Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.  *1*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Auto Discount Corner Inc.* | *1998 Dodge Caravan* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☒ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Redeeem $200.00*                           (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *05/28/2015*_____        Debtor:  */s/ Nancy Anne Mauzey*_____

Date: _____        Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  *Nancy Anne Mauzey*                                    Case No.
*fka Nancy Anne Kegerreis*                          Chapter **7**
*fka Nancy Anne Kegerreis-Mauzey*

_____ / Debtor

Attorney for Debtor:   **Richard S. Bass**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*600.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____*600.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*

3.  $ _____*335.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *05/28/2015*                          Respectfully submitted,


                                    X*/s/ Richard S. Bass*_____
Attorney for Petitioner:*Richard S. Bass*
                                    *Law Office of Richard S. Bass LTD*
                                    *2021 Midwest Road*
                                    *Oak Brook IL  60521*

                                    *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Nancy Anne Mauzey*
    *fka Nancy Anne Kegerreis*
    *fka Nancy Anne Kegerreis-Mauzey*

Case No.

Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *05/28/2015* _____

/s/ *Nancy Anne Mauzey* _____

Debtor

Ad Astra Recovery Services
RE:  Speedy Cash
7330 W. 33rd Street N.
Wichita, KS  67205

Advanced Eye Surgery Center
Attn:  Patient Accts
1602 W. 15th Ave  #A
Emporia, KS  66801-5672

Adventist LaGrange Hospital
Attn:  Patient Accounts
PO BOX  9234
Hinsdale, IL  60522

American Home Mortgage
Attn:  Bankruptcy Dept
PO BOX  631730
Irving, TX  75063-1730

American Pay Day Loans
Attn:  Bankruptcy Dept
520 W 6th Ave
Emporia, KS   66801

American PayDay Loans
Attn:  Bankruptcy Dept
520 W. 6th Ave
Emporia, KS  66801-2756

Arnold Scott Harris, P.C.
RE: Kansas Dept of Revenue
111 W. Jackson Blvd,  #600
Chicago, IL  60661

Arnold Scott Harris, P.C.
RE Kansa Dept Revenue
111 W. Jackson Blvd #600
Chicago, IL  60661

Aspire Visa
Attn Bankruptcy Dept
PO Box 105555
Atlanta , GA  30348-5555

Asset Recovery Solutions LLC
RE:   Jefferson Capital
2200 E. Devon Ave  #200
Des Plaines, IL  60018-4501

Asset Recovery Solutions LLC
RE:  Emblem Mastercard
2200 E. Devon Ave  #200
Des Plaines, IL  60018-4501

AT&T
Attn:  Collections
PO BOX  50001
Carol Stream, IL  60197-5001

AT&T Universal
Attn:  Bankruptcy Dept
PO BOX  5014
Carol Stream, IL  60197-5014

Auto Discount Corner Inc.
Attn:  Bankruptcy Dept
617 Graham
Emporia, KS  66801

Bank of Marin
Attn:  Bankruptcy Dept
504 Redwood Blvd
Novato, CA  94947

Berlin Wheeler
RE:  Cotton O'Neil Clinic
PO BOX  479
Topeka, KS  66601-0479

Berlin Wheeler
RE:  Kansas Gas
PO BOX  479
Topeka, KS  66601-0479

Berlin Wheeler
RE:  Cotton ON
PO BOX  479
Topeka, KS  66601-0479

Bob's Super Saver
Attn:  Jay W Vander Velde
PO BOX  1043
Emporia, KS  66801

Bridgeview Bank
Attn:  Bankruptcy Dept
7940 S Harlem Ave
Bridgeview, IL  60455

Caine & Weiner
RE:  SafeCo Insurance
15025 Oxnard St  #100
Van Nuys, CA  91411

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  30285
Salt Lake City, UT  84130-0285

Cash 2 Go Kansas
Attn:  Bankruptcy Dept
2910 W Hwy 50  #L
Emporia, KS  66801

CBCS Collections
RE:  Newman Regional Health
PO BOX  69
Columbus, OH  43216

```
CBCS Collections
RE:  Double T Enterprise
PO BOX  69
Columbus, OH  43216

CBCS Collections
RE: Flint Hills Comm Health
PO BOX  428
Emporia, KS  66801

CCA
RE:  AT&T
PO BOX  806
Norwell, MA  02061-0806

Central States Recovery
RE:  Advanced Eye Surgery Ctr
PO BOX  3130
Hutchinson, KS  67504-3130

Central States Recovery Inc.
RE:  Westar Energy
PO BOX  3130
Hutchinson, KS  67504-3130

Check Into Cash
Attn:  Bankruptcy Dept
PO BOX  550
Cleveland, TN  37364-0550

Check Into Cash of Kansas LLC
Attn:  Bankruptcy Dept
1424 Industrial Rd
Emporia, KS  66801

City of Emporia
Attn:  Utility Billings
PO BOX  928
Emporia, KS  66801

City of Emporia Water Dept
Attn:  Collections
PO BOX  928
Emporia, KS  66801

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Communitywide FCU
Attn:  Bankruptcy Dept
1555 W Western Ave
South Bend, IN  46619

Complete Payment Recovery Services
RE:  Bridgeview Bank
PO BOX  30184
Tampa, FL  33630-3184
```

Computer Credit Service
RE:  Oberweis Dairy
5340 N. Clark St
Chicago, IL  60640

Computer Credit Inc.
RE:  Stormont Vail Healthcare
PO BOX  5238
Winston Salem, NC  27113-5238

Continental Finance Co, LLC
RE:  First Bank Delaware
PO BOX  8099
Newark, DE  19714-8099

Cotton O Neil Clinic
Attn:  Patient Accts
901 SW Garfield Ave
Topeka, KS  66606

Credit One Bank
Attn:  Bankruptcy Dept
PO BOX  98873
Las Vegas, NV  89193

Credit Solutions Corp
RE:  First Bank Delaware
9577 Chesapeake Dr
San Diego, CA  92123

Dependon Collection Service
RE:  Thomas Sullivan MD
PO BOX  4833
Oak Brook, IL  60523

Dept of Child & Family Services
RE Collection Dept
PO Box 2003
Topeka, KS  66601

Dish Network
RE:  Bankruptcy Dept
PO Box 9033
Littleton, CO  80160

Double T Enterprises
Attn:  Collections
906 E 6th Ave
Emporia, KS  66801

Dr. Tagtmeyer
Attn:  Patient Accts
2504 W 15th Ave
Emporia, KS  66801

Emblem Mastercard
Attn:  Bankruptcy Dept
PO BOX  790399
Saint Louis, MO  63179-0399

Evergreen Financial
Attn:  Bankruptcy Dept
1214 N. 16th Ave
Yakima, WA  98902

FBCS Inc
Acct:
841 E. Hunting Park Ave
Philadelphia, PA  19124-4824

FBCS Inc
RE:  Tribute Credit Card
2200 Byberry Rd  #120
Hatboro, PA  19040-3738

First Bank of Delaware
Attn:  Bankruptcy Dept
50 South 16th St  #2400
Philadelphia, PA  19102

First National Visa
Attn:  Bankruptcy Dept
PO BOX  3038
Evansville, IN  47730

First Premier Bank
Attn:   Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5524

Geico Direct Insurance
Attn Collection Dept
One Geico Plaza
Bethesda, MD  20811-0001

Global Direct
RE:  Medical Collection
PO BOX  15687
Lenexa, KS  66285

Global Payments Inc.
RE:  Vicorp
PO BOX  661158
Chicago, IL  60666

Graves Drug Store
Attn:  Collections
609 Commercial St
Emporia, KS  66801

Helping Hand Quick Cash Inc
Attn:  Bankruptcy Dept
1414 Industrial Rd
Emporia, KS  66801

Illinois Collection Service
RE:  Univ IL Med Ctr
PO BOX 1010
Tinley Park, IL  60477-9110

```
ICUL Service Corp
RE:  First Bank Delaware
1807 W Diehl Rd
Naperville, IL  60563

IL Dept. Employment Security
Attn:  Bankruptcy Unit, 3rd FL
401 S. State St.
Chicago, IL  60605

Illinois Attorney General
RE: Bankruptcy-IDES
160 N. LaSalle St  #N-1000
Chicago, IL  60601

Illinois Attorney General
RE: Legal-Bankrupt Dept
33 S. State St  #992
Chicago, IL  60605

Illinois Attorney General
RE: Bankruptcy Dept
100 W. Randolph St  13th Floor
Chicago, IL  60601

Illinois Attorney General
RE: Legal-Bankrupt Dept
33 S. State St.
Chicago, IL  60605

Illinois Dept Employ Security
Attn:  Bankruptcy Unit
401 S. State St  3rd FL
Chicago, IL  60605

Illinois Dept Employ Security
Attn:  Bankruptcy Dept
PO Box 6996  Benefit Repayment
Chicago, IL  60680-6996

Illinois Dept Employ Security
RE: Collection Division
33 S. State St  10th Floor
Chicago, IL  60603

Illinois Dept of Revenue
Attn Bankruptcy Level 7-425
100 W. Randolph St
Chicago, IL  60606

Internal Medicine Assoc
Attn:  Patient Accts
PO BOX  907
Emporia, KS  66801

Internal Revenue Service
Centralized Insolvency Operat
PO BOX  7346
Philadelphia, PA  19101-7346
```

J.C. Christensen & Associa...
RE:  Credit One Bank
PO Box 519
Sauk Rapids, MN  56379-0519

Law Office Jay W Vander Velde
Attn:  Bankruptcy Dept
PO BOX  1043
Emporia, KS  66801

Jefferson Capital System
RE:  Aspire
16 McLeland Rd
Saint Cloud, MN  56303

Jefferson Capital System
RE:  Salute Visa
16 McLeland Rd
Saint Cloud, MN  56303

John Stine & Donna Randall
407 Dorset Dr
Emporia, KS  66801

Kansas Dept Children Services.
RE Central Collection
PO Box 2003
Topeka, KS  66601

Kansas Dept of Revenue
Civil Tax Enforcement
915 SW Harrison
Topeka, KS  66612-2005

Kansas Dept of SRS
Attn:  Bankruptcy Dept
915 SW Harrison
Topeka, KS  66612

Kansas Gas Service
Attn:  Bankruptcy Dept
PO BOX  3535
Topeka, KS  66601

Kroger Check Recovery Ctr
Attn:  Bankruptcy Dept
PO BOX  30650
Salt Lake City, UT  84130-0650

Lakota Cash
Attn:  Bankruptcy Dept
PO BOX  128
Timber Lake, SD  57656

Law Office Jay W. Vander Velde
RE Double T Enterprise
PO Box 1043
Emporia, KS  66801

Law Offices of Kevin P. O'Fla...

RE:  Adventist LaGrange Hosp
PO BOX  24103
Chattanooga, TN  37422

LVNV Funding
RE:  Bank of Marin
PO BOX  10497
Greenville, SC  29603

Lyon County Attorney Office
RE Collection
430 Commercial St
Emporia, KS  66801

Lyon County State Bank
Attn:  Bankruptcy Dept
902 Merchant
Emporia, KS  66801

Marchmont, Robinson DDS
Attn:  Patient Accts
3302 Gove Ave
Berwyn, IL  60402-3421

Nancy Anne Mauzey
511 N. Ashland
La Grange Park, IL  60526

Medical Business Bureau
RE:  Univ Il Med Ctr
PO Box 1219
Park Ridge, IL  60068-7219

Merchants & Professional Credit
RE:  Santana Energy
PO BOX  140675
Austin, TX  78714

Merchants Credit Guide
RE:  Village of Bridgeview
223 W. Jackson Blvd, #700
Chicago, IL  60606

Merchants Credit Guide
RE:  Adventist LaGrange Hosp
223 W. Jackson Blvd, #700
Chicago, IL  60606

Mid Continent Credit Services
RE:  Internal Medicine Assoc
PO BOX  75076
Wichita, KS  67275

Midland Credit Management
RE:  Aspire
8875 Aero Dr   #200
San Diego, CA  92123

Miller Eye Center LLC
Attn:  Patient Accts
2054 W 15th Ave
Emporia, KS  66801

Money Key Loans
Attn:  Bankruptcy Dept
3422 Old Capital Trail #1613
Wilmington, DE  19808

Myler Disablity
Attn:  Bankruptcy Dept
PO BOX  127
Lehi, UT  84043

Nationwide Insurance
Attn:  Bankruptcy Dept
One Nationwide Plaza
Columbus, OH  43215

Newman Memorial County Hosp
Attn:  Patient Accts
1201 W 12th Ave
Emporia, KS  66801

Newman Reynolds & Riffel PA
RE:  Dillons Corp
PO BOX  47068
Wichita, KS  67201

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Oberweiss Dairy
Attn:  Collections
951 Ice Cream Dr  #1
North Aurora, IL  60542

Portfolio Recovery Associates
RE:  Deficiency on 2001 KIA
PO BOX  12914
Norfolk, VA  23541

Portfolio Recovery Associates
RE:  First Consumers Bank
PO BOX  12914
Norfolk, VA  23541

Premier Bank Card
Attn:  Bankruptcy Dept
PO BOX  2208
Vacaville, CA  95696

Price Chopper #2622
Attn:  Collections
2101 W 6th Ave
Emporia, KS  66801

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

R & R Professional Recovery Inc.
RE:  Newman Memorial Hosp
PO BOX  21575
Pikesville, MD  21282-1575

Radiology & Nuclear Medicine
Attn:  Patient Accts
PO BOX  1887
Topeka, KS  66601-1887

Reynolds & Anliker Eye Phy & Surg
Attn:  Patient Accts
1602 W 15th Ave  #B
Emporia, KS  66801

Richard S. Bass
2021 Midwest Road
Oak Brook, IL  60521

Riverside Auto Repair
Attn:  Collections
310 Congress
Emporia, KS  66801

RMI
RE:  Village of Bridgeview
PO BOX  3180
Anderson, IN  46018

RMI_MCSI Collection
Acct: City of Aurora
18421 West St  #3
Lansing, IL  60438-0000

Rupp Urology LLC
Attn:  Patient Accts
631 SW Horne  #150
Topeka, KS  66606

Santana Energy Services
Attn: Collection Dept
120 East Ogden Ave  #236
Hinsdale, IL  60521

Short Term Loans LLC
Attn:  Bankruptcy Dept
661 Roosevelt Rd
Glen Ellyn, IL  60137-5817

Southwestern Bell Telephone Co
Attn:  Bankruptcy Dept
One AT&T Way  #3A231
Bedminster, NJ  07921

Speedy Cash Loans
Attn:  Bankruptcy Dept
2120 San Bernadino Ave
Laredo, TX  78041

Sprint
Attn:  Bankruptcy Dept
PO BOX  219554
Kansas City , MO  64121-9554

Stormont Vail Healthcare
Attn:  Patient Accts
1500 SW 10th Ave
Topeka, KS  66604-1301

Sunrise Credit Services, Inc.
RE:  AT&T U-Verse
PO BOX  9100
Farmingdale, NY  11735-9100

SW Credit Systems Inc.
RE:  AT&T
4120 SW International Pkwy#100
Carrollton, TX  75007

Symmonds & Symmonds LLC
RE:  Express Cash
427 Commercial St
Emporia, KS  66801

TCS Inc.
RE:  Commonwealth Edison
PO BOX  189
Carlisle, PA  17013

TekCollect Corp
RE:  Lyon County State Bank
PO Box 26390
Columbus, OH  43226

The Bureaus
RE:  Marchmont Robinson DDS
1717 Central St
Evanston, IL  60204

Thomas Sullivan MD
Attn:  Patient Accts
40 S clay St  #130
Hinsdale, IL  60521

Thomas Transfer & Storage Co
Attn:  Jennifer Thomas
906 E 6th Ave
Emporia, KS  66801

Triad Financial
Attn:  Bankruptcy Dept
5201 Rufe Snow Dr  #400
North Richland Hills, TX  76180

```
Tribute
Attn:  Bankruptcy Dept
PO BOX  105555
Atlanta, GA  30348-5555

University of Illinois Medical Ctr
Attn:  Patient Accts
1740 W Taylor St
Chicago, IL  60612

Verizon Wireless
Attn:  Bankruptcy Dept
777 Big Timber Rd
Elgin, IL  60123

Vicorp
Attn:  Bankruptcy Dept
14651 S LaGrange Rd
Orland Park, IL  60462

Village of Bridgeview
Attn:  Collections
7500 S Oketo Ave
Bridgeview, IL  60455

Westar Energy
Attn:  Bankruptcy Dept
PO BOX  758500
Topeka, KS  66675-8500

Westar Energy
Attn:  Bankruptcy Dept
PO BOX  208
Wichita, KS  67201
```